UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: SACR 08-105-AG |
| vs | ) AMENDED |
| MICHAEL LEE FELIX | ) JUDGMENT REVOKING SUPERVISION |
| Defendant. | ) |

On December 14, 2015, attorney for the Government, Ann Wolf appeared, and the defendant appeared in person with appointed counsel, Amy Karlin, DFPD. The defendant admitted allegations #1-7 and 9-13, as stated in the Petition filed June 9, 2014.

The Court FOUND defendant in violation of supervision. Supervision was REVOKED and the defendant was committed to the Bureau of Prisons for a period of 20 months as to Count 1, concurrently to 1 day custody on the remaining counts (2, 3, 4 and 6).

Upon release from imprisonment, the defendant was placed on supervised release for a term of 35 months on Counts 2, 3, 4 and 6 only, concurrent to each other, (and no supervision on Count 1) on the same conditions as previously imposed with the following added conditions: The defendant shall participate in mental health treatment, which may include evaluation and counseling, until successfully discharged from the treatment by the treatment provider, with the approval of the Probation Officer. As directed by the Probation Officer, Mr Felix shall pay all of part of the costs of treating his mental health

treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC § 3672. He shall provide payment and proof of payment as directed by the Probation Officer. Mr Felix shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the offender's person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upons upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any Probation Officer in the lawful discharge of the officer's supervision functions. He shall warn any other residents that the premises may be subject to searches pursuant to this condition.

     IT IS ORDERED that the Clerk deliver a copy of this Judgment to the U.S. Marshal and the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

DATE: February 3, 2016

                              ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE

February 3, 2016
CLERK OF COURT

by Lisa Bredahl
    Deputy Clerk